THE CITY OF WEST FRANKFORT, Defendant in Error, *vs.*
LIZZIE PELLEGRENE, Plaintiff in Error.    •

*Opinion filed October 22, 1927.*

APPEALS AND ERRORS—*when Supreme Court has no jurisdiction
to review action for violation of prohibition ordinance.* An action
by a city charging the unlawful possession of intoxicating liquor
contrary to the provisions of a municipal ordinance is a civil pro-
ceeding, and the Supreme Court has no jurisdiction to review a
judgment of the Appellate Court affirming the assessment of a
fine by the city court where the Appellate Court has made no
certificate of importance granting an appeal and the Supreme
Court has not issued a writ of *certiorari* directing the record to
be certified to it for review.

WRIT OF ERROR to the Appellate Court for the Fourth
District;—heard in that court on appeal from the City Court
of West Frankfort; the Hon. JAMES P. MOONEYHAM,
Judge, presiding.

J. E. CARR, for plaintiff in error.

Mr. JUSTICE THOMPSON delivered the opinion of the
court:

This action was begun by the filing by defendant in er-
ror of a complaint before a police magistrate charging the
plaintiff in error, Lizzie Pellegrene, with the unlawful pos-
session of intoxicating liquor contrary to the provisions of
a municipal ordinance. She was found guilty and judg-
ment was entered against her in the sum of $100. Upon
appeal to the city court of West Frankfort there was a
trial by jury and a verdict of guilty, assessing against her
a fine of $100. From the judgment entered on this verdict
she appealed to the Appellate Court for the Fourth District,
where the judgment was affirmed. This writ of error is
prosecuted to review the judgment of the Appellate Court.

This is a civil proceeding, and this court has no jurisdiction to review the judgment of the Appellate Court except as provided in section 121 of the Practice act. The Appellate Court has made no certificate of importance granting an appeal to this court and this court has not issued a writ of *certiorari* directing the record to be certified to it for review.

The writ of error is dismissed.        *Writ dismissed.*